UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIAS YU,

        Plaintiff,

       -against-

UNITED STATES DEPARTMENT OF
TRANSPORATION, UNITED STATES
MARITIME ADMINISTRATION, UNITED
STATES MERCHANT MARINE ACADEMY,
MARK H. BUZBY, Individually and as
Administrator of the UNITED STATES
MARITIME ADMINISTRATION, and JAMES A.
HELIS, Individually and as Superintendent of the
UNITED STATES MERCHANT MARINE
ACADEMY,

        Defendants.
-----------------------------------------------------------X

Docket No. **2:18-05560**

**ORDER TO SHOW CAUSE**

Upon the affidavit of **ELIAS YU**, sworn on October 3, 2018, and upon the copy of the complaint hereto attached it is ORDERED, that the above-named Defendants shall show cause before this Honorable Court, at Room ___, at the United States District Court for the Eastern District of Long Island, 944 Federal Plaza, Central Islip, New York 11722, on the ___ day of October, 2018, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to the Due Process Clause of the Fifth Amendment to the United States Constitution, the Equal Protection Clause of the 14th Amendment to United States Constitution, and the Administrative Procedures Act: immediately reinstating plaintiff, ELIAS YU, to the United States Merchant Marine Academy, permitting him to attend classes, and to participate in the final examinations for the present academic term concluding on October 26, 2018, and it is further

ORDERED, that service of a copy of this order, together with the papers upon which it is granted, be served by email and overnight mail, upon Defendants' attorney, Ilene S. Kreitzer, Esq., USMMA, 300 Steamboat Road, Kings Point, New York 11024, and by overnight mail to U.S. Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, on or before the ___ day of October, 2018, shall be deemed good and sufficient service thereof; and it is further ORDERED, that opposing papers, if any, must be served upon counsel for Plaintiff by no later that the ____ day of _____, 2018

Dated: Central Islip, NY
   _____

                                                                                                                                  _____
                                                                                                                                  United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ELIAS YU,

       Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF
TRANSPORATION, UNITED STATES
MARITIME ADMINISTRATION, UNITED
STATES MERCHANT MARINE ACADEMY,
MARK H. BUZBY, Individually and as
Administrator of the UNITED STATES
MARITIME ADMINISTRATION, and JAMES A.
HELIS, Individually and as Superintendent of the
UNITED STATES MERCHANT MARINE
ACADEMY,

       Defendants.
---------------------------------------------------------X

Docket No. **2:18-05560**

**EMERGENCY DECLARATION**

      Richard González, Esq., an attorney admitted to practice in this Court, affirms that the following statements are true under penalties of perjury:

1. I am associated with the law firm of GALLO VITUCCI KLAR LLP, attorneys for the Plaintiff, ELIAS YU, in the above-captioned action, and, as such, I am fully familiar with all the facts and circumstances of this action based on a review of the file maintained by this firm.

2. I make this affirmation in support of the within application in support of Plaintiff's Order to Show Cause seeking immediately reinstatement of plaintiff, ELIAS YU, to the United States Merchant Marine Academy, permitting him to attend classes, and to participate in the final examinations for the present academic term concluding on or about October 26, 2018.

3. The order to show cause seeks relief directly related to the decision of the United States Merchant Marine Academy to disenroll Plaintiff from the Academy, which has the effect of depriving him of his educational rights and preventing him from continuing his education at the Academy. Specifically, it seeks an immediate preliminary injunction that will allow Plaintiff to resume and continue attending classes at the Academy, and to participate in the final examinations for the present academic term concluding on or about October 26, 2018.

4. This motion is brought on by Order to Show Cause because time clearly is of the essence. The present academic term at the Academy concludes on October 19, 2018, and finals exams conclude on October 26, 2018; Plaintiff has been at the Academy since June 2018 – wherein he was part of the new class indoctrination team – and has attended classes without issues; Plaintiff has already been ordered to leave campus and cannot attend anymore classes; and if he does not successfully complete the classes in which he was enrolled for this term, he will fall behind on his studies, he will be unable to complete his course of studies, will be unable to be competitive for a military commission, and will not be able to sit for his U.S. Coast Guard licensing exams. Allowing the plaintiff to remain at the Academy until October 26, 2018, does not place an undue hardship on the Academy.

5. This application could not have been made earlier because Plaintiff only just received notice of Defendants' final decision rejecting his appeal of the disenrollment decision on October 2, 2018, requiring his departure from campus, preventing him from continuing his studies at the Academy.

6. Any further delay will compromise Plaintiff's education at the Academy and cause disruption of his education.

7. As indicated in the attached documents, I have provided notice to Defendants' counsel, Ilene Kreitzer, of the time and date that Plaintiff would be filing this application. Ms. Kreitzer acknowledged that she can accept service on behalf of Defendant, BUZBY and HELIS in their individual capacities. (See Exhibit "**A**".)

8. No prior request for the relief herein has been made in this or any other Court.

9. Annexed hereto is a true and correct copy of the "Notice of Executive Board Disciplinary Hearing", dated March 14, 2018. (See Exhibit "**B**".)

10. Annexed hereto is a true and correct copy of the "Second Revised Notice of Executive Board Disciplinary Hearing", dated April 11, 2018. (See Exhibit "**C**".)

11. Annexed hereto is a true and correct copy of the "Fourth Revised Notice of Executive Board Disciplinary Hearing", dated July 17, 2018. (See Exhibit "**D**".) Note: There was no "third" notice.

12. Annexed hereto as Exhibit "**E**" is a true and correct copy of the 2011 Midshipman Regulations.

13. Annexed hereto as Exhibit "**F**" is a true and correct copy of the 2018 Midshipman Regulations, issued on June 27, 2018.

14. Annexed hereto as Exhibit "**G**" is a true and correct copy of Defendant, JAMES A. HELIS's, Superintendent of the UNITED STATES MERCHANT MARINE ACADEMY, decision letter disenrolling Plaintiff from the Academy.

15. Annexed hereto as Exhibit "**H**" is a true and correct copy of Plaintiff appeal letter to Defendant, MARK H. BUZBY, Administrator of the UNITED STATES MARITIME ADMINISTRATION. (Without enclosures.)

16. Annexed hereto as Exhibit "**I**" is a true and correct copy of Defendant, MARK H. BUZBY's, letter denying Plaintiff's appeal.

17. Annexed hereto as Exhibit "**J**" is a true and correct copy of Plaintiff's Complaint in the above-captioned action.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Woodbury, New York
October 4, 2018

                            Respectfully submitted,

By: _____
Richard González, Esq. (RG9291)
**GALLO VITUCCI KLAR LLP**
100 Crossways Park West, Suite 305
Woodbury, NY 11797
Tel: 212-683-7100
Fax: 516-226-1525
Email: rgonzalez@gvlaw.com
www.gvlaw.com